

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 12 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**MIYANNA BUTKUS**

**Aka MIYANNA STAFFORD**

Plaintiff,

v.

**Transworld Systems Inc (TSI),**

Defendant.

**1:26-CV-0816**

Civil Action No.: _____

---

# COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, proceeding pro se, brings this action against Defendant, and alleges as follows:

## I.   JURISDICTION AND VENUE

1. This action arises under the **Fair Debt Collection Practices Act**, 15 U.S.C. § 1692 *et seq.*, and the **Fair Credit Reporting Act**, 15 U.S.C. § 1681 *et seq.*

2. This Court has subject-matter jurisdiction pursuant to **28 U.S.C. § 1331**.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) because Plaintiff resides in this District and the acts giving rise to this action occurred within this District.

## II. PARTIES

4.  Plaintiff is a natural person residing in Alpharetta, Fulton County, Georgia, and is a "consumer" as defined by 15 U.S.C. §§ 1692a(3) and 1681a(c).

5.  Defendant is a business entity that regularly collects or attempts to collect debts allegedly owed by consumers and is therefore a "debt collector" as defined by 15 U.S.C. § 1692a(6)  Defendant is also a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

## III. STATEMENT OF CLAIM

6.  On November 25, 2025, Defendant placed an alleged consumer debt, account number ending in 5809, in the amount of $3,318.00, on Plaintiff's credit reports with Experian, Equifax, and TransUnion. (see Exhibit A)

7.  Defendant is not the original creditor of the alleged debt and was attempting to collect a debt originally owed to another entity. The original creditor has previously written off the amount in it's entirety.

8.  Defendant's first communication regarding the alleged debt was its credit reporting to the consumer reporting agencies. Plaintiff received no prior written or oral communication, validation notice, or disclosures from Defendant.

9.  Defendant reported the debt while actively seeking payment and with the purpose of inducing payment through credit damage.

10. On **December 5, 2025**, Defendant received a **Notice of Dispute and Request for Validation** via USPS certified mail, sent by Plaintiff, disputing the alleged debt and

requesting competent evidence of its validity such as a contract bearing Plaintiff's

signature as evidenced by USPS certified mail return receipt (attached as **Exhibit B**).

11. After receiving Plaintiff's written dispute, Defendant marked the account as "disputed by

consumer" with the consumer reporting agencies on or about December 9, 2025.

12. More than thirty (30) days elapsed after Defendant's receipt of Plaintiff's dispute without

Defendant providing any validation, verification, or documentation of the alleged debt.

13. Plaintiff issued a **Second Notice** (attached as **Exhibit C**), due to Defendant's failure to

validate the alleged debt, which was received by Defendant via USPS certified mail on

January 12, 2026.

14. Despite failing to validate the debt, Defendant had not **ceased to report the alleged**

**account** to consumer reporting agencies.

15. Plaintiff disputed the account with the consumer reporting agencies as follows:

a. Equifax on January 7, 2026, which concluded on January 22, 2026 (see Exhibit D);

b. TransUnion on January 9, 2026 (see Exhibit E); and

c. Experian on January 12, 2026, which concluded January 23, 2025 (see Exhibit F).

16. Each consumer reporting agency notified Defendant of Plaintiff's dispute pursuant to 15

U.S.C. § 1681i(a)(2).

17. On January 27, 2026, Defendant requested a viewing of Plaintiffs consumer report with

Transunion with no permissible purpose. (see Exhibit G)

18. On February 3, 2026, Defendant notified the Consumer Financial Protection Bureau that

they had concluded their investigation of my initial dispute received on December 5,

2025, and requested deletion of the alleged account from consumer reporting agencies

and that the account should no longer be reported under Plaintiff's Social Security number. (Exhibit H)

19. In the same correspondence, Defendant simultaneously claimed that it had "validated" the account. Defendant's purported validation did not include a copy of any original contract, account statements, or competent evidence bearing Plaintiff's signature between Plaintiff and Defendant.

20. Experian and Transunion have since deleted the entry from TSI under Plaintiff's consumer report after their investigations.

21. As of the date of filing, Equifax continues to report the account based on Defendant's inaccurate and misleading verification, while other consumer reporting agencies have deleted or suppressed the account. (see Exhibits I)

22. Defendant's claimed verification directly contradicts its own written admission that the account should be deleted and no longer reported. Such contradictory representations demonstrate that Defendant lacked any competent evidence of the alleged debt and failed to conduct a reasonable investigation.

23. Defendant's conduct constitutes false, deceptive, and misleading representations and further violates its duties under the FDCPA and FCRA.

## IV.  CONDITIONS PRECEDENT

24. All conditions precedent to bringing this action have been satisfied.

# V. CAUSES OF ACTION

### COUNT I

**Fair Debt Collection Practices Act**

**15 U.S.C. § 1692** *et seq.*

25. Defendant violated the FDCPA by:

   a. Failing to provide the written validation notice required by 15 U.S.C. § 1692g(a) within five (5) days of its first direct communication with Plaintiff, or alternatively engaging in collection activity without meaningful disclosure of Plaintiff's validation rights;

   b. Continuing collection activity, including credit reporting, after receiving Plaintiff's written dispute and before providing validation, in violation of 15 U.S.C. § 1692g(b);

   c. Using false, deceptive, and misleading representations regarding the character, amount, and legal status of the alleged debt, in violation of 15 U.S.C. § 1692e;

   d. Communicating credit information which was known or should have been known to be false or misleading, including verifying an unvalidated debt, in violation of 15 U.S.C. § 1692e(8)

   e. Using unfair or unconscionable means to collect or attempt to collect a debt, in violation of **15 U.S.C. § 1692f**.

26. Credit reporting can be considered collection activity when done in connection with an attempt to collect a debt under the FDCPA.

27. Defendant reported the debt while actively seeking payment and with the purpose of inducing payment.

## COUNT II

**Fair Credit Reporting Act**

15 U.S.C. § 1681 *et seq.*

28. Defendant is a furnisher of information under the FCRA.

29. Defendant received notice of Plaintiff's disputes from the consumer reporting agencies pursuant to 15 U.S.C. § 1681i(a)(2). After receiving notice, Defendant failed to:

a. conduct a reasonable investigation;

b. review all relevant information provided by the consumer reporting agencies;

c. correct or delete inaccurate information; and

d. report the results of its investigation accurately, in violation of 15 U.S.C. § 1681s-2(b)(1)(A)–(E).

30. The information furnished was inaccurate and materially misleading because Defendant reported the debt as valid and collectible without possessing competent evidence of the debt's existence, ownership, or amount.

31. Defendant's violations were willful, reckless, and in conscious disregard of Plaintiff's rights, entitling Plaintiff to statutory and punitive damages under 15 U.S.C. § 1681n, and alternatively negligent under 15 U.S.C. § 1681o.

32. Defendant also had unauthorized access to my consumer report without permissible purpose in violation of 15 U.S.C. § 1681b(f).

# VI. DAMAGES

31. Defendant's violations were the direct and proximate cause of Plaintiff's damages.

32. Defendant's reporting of the alleged debt was intended to induce payment through reputational harm and credit score suppression, rather than through lawful collection procedures.

33. Defendant's conduct constitutes "debt parking," a practice condemned by the CFPB whereby collectors report debts to consumer reporting agencies without intent or ability to validate, solely to coerce payment.

34. Plaintiff has suffered the following:

   a. Suppression of credit score by approximately 100 points;

   b. Financial loss and denial of credit, including a required $250 deposit for electricity service with Sawnee EMC on December 3, 2025 after a credit check (see Exhibit J);

   c. Loss of personal and business funding opportunities due to impaired credit;

   d. Emotional and physical distress including anxiety, depression, loss of sleep, headaches, and lifestyle disruption occurring since November 25, 2025; and

   e. Time expended and out-of-pocket expenses.

# VII. EXHIBITS

35. The following exhibits are attached hereto and incorporated by reference:

   • Exhibit A –TSI reporting on Plaintiff's consumer report

- Exhibit B - Notice of Dispute and Request for Validation & USPS Certified Mail Return Receipt

- Exhibit C – Second Notice of Dispute to TSI & USPS.com Tracking confirmation of receipt

- Exhibit D – Equifax Dispute status

- Exhibit E – Transunion Dispute confirmation and status

- Exhibit F – Experian Dispute confirmation and status

- Exhibit G – TSI Inquiry on Plaintiff's consumer report

- Exhibit H – TSI dispute results

- Exhibit I – Plaintiff's Equifax consumer report

- Exhibit J – Sawnee Electric credit check and receipt of deposit

# VIII. PRAYER FOR RELIEF

36. WHEREFORE, Plaintiff respectfully requests that this Court:

    A. Declare Defendant's conduct unlawful;

    B. Award statutory damages under the FDCPA;

    C. Award actual damages under the FDCPA and FCRA;

    D. Award statutory and punitive damages under the FCRA;

    E. Order Defendant to delete and not reinsert inaccurate information pursuant to its duties under the FCRA;

    F. Award costs and for reasonable fees;

    G. Award pre- and post-judgment interest; and

    H. Grant such other relief as the Court deems just and proper.

# IX. JURY DEMAND

37. Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Miyanna Butkus, Pro Se

1155 Bluegrass Ct Ste 2

Alpharetta, GA 30004

(770) 906-2754

Staffordmya@gmail.com

I affirm under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

Signature: _____

Date: 02/12/26

# Exhibit A

**‹ Back**



# TRANSWORLD SYSTEM INC/

Original creditor: HEIGHTS OF KENNESAW

## Balance details

**0%** paid off

Balance
**$3,318**                                          ⓘ

Balance updated
**Dec 23, 2025**                                    ⓘ

Original balance
**$3,318**                                          ⓘ

## Account info

Account number

## TRANSWORLD SYSTEM INC/ has flagged your account as Collections.

NOV 28, 2025

TRANSWORLD SYSTEM INC/ has flagged your account as Collections on Nov 25, 2025.

**Source:**

Experian

**Company:**

TRANSWORLD SYSTEM INC/

**Address:**

500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733

**Phone:**

(877) 865-7686

**Activity:**

Grid Code G (Collections)

**Balance Date:**

Nov 25, 2025

**Balance:**

$3,318.00

# Exhibit B

CERTIFIED MAIL# 7022 0410 0002 0668 2141        RETURN RECEIPT# 9590 9402 8315 3094 2464 49

MIYANNA CARMIEN STAFFORD TRUST ESTATE
Miyanna Carmien Stafford
1155 Bluegrass Ct Ste 2
Alpharetta, Ga 30004

TO:
TRANSWORLD SYSTEM INC
500 Virginia Dr Ste 514
Fort Washington, PA 19034
(877) 865-7686

Cc:
Corporation Service Company
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Re: ACCOUNT NUMBER: 564580X FOR MIYANNA CARMIEN STAFFORD
ORIGINAL ACCOUNT: HEIGHTS OF KENNESAW

# NOTICE OF CLAIM DISPUTE/REQUEST FOR VALIDATION AND CEASE AND DESIST

I, Miyanna Carmien Stafford, have been notified of your fraudulent and unsigned debt collection reporting regarding Account Number: 564580X for MIYANNA CARMIEN STAFFORD. TRANSWORLD SYSTEM INC is a third party intervener and are in trespass of the private name Stafford, Miyanna Carmien (creditor) dba MIYANNA CARMIEN STAFFORD and my private information. Parties may be considered [1]volunteers if, in making a payment, they have no interest of their own to protect and they act without any obligation, legal or moral, and they act without being requested to do so by the person liable on the alleged, original obligation. Henningsen v. United States Fidelity Guar. Co., 208  U.S.  404, 411 (1908); Smith v. State Sav. & Loan Ass'n, 175 Cal. App. 3d 1092, 1098, 223 Cal. Rptr. 298, 301 (1986); Norfolk

---

[1] SEE BLACK'S LAW DICTIONARY 4TH EDITION "VOLUNTEER" DEFINITION

CERTIFIED MAIL# 7022 0410 0002 0668 2141       RETURN RECEIPT# 9590 9402 8315 3094 2464 49

& Dedham Fire Ins. Co. v. Aetna Casualty & Surety Co., 132 Vt. 341, 344, 318 A.2d 659, 661 (1974).

TRANSWORLD SYSTEM INC purchased the account referenced above from HEIGHTS OF KENNESAW or another third party junk debt seller. Therefore, according to Chief Justice Stephen Breyer of the US Supreme Court, you are in direct violation of the COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY PENNSYLVANIA, COURT OF APPEALS FOR THE SEVENTH CIRCUIT; HEINTZ v. JENKINS 514 U.S. 291, 2,[2] and in jeopardy of fraud by mail, wire, radio, television for attempting to commit felony conversion and attempted theft of Respondent's property for which restitution will be sought. At this time, you have set forth two (2) predicators of the three (3) needed to begin a Racketeering lawsuit against you and the other firms listed herein. Also, you, TRANSWORLD SYSTEM INC, have placed the firm known as HEIGHTS OF KENNESAW in the untenable position of aiding and abetting your fraud by mail, wire, radio, television attempt mentioned in the preceding paragraph.

Let it be known that I have no contract with you bearing my autograph.

If you, TRANSWORLD SYSTEM INC, have "purchased the account", prove that you are the [3]HOLDER IN DUE COURSE of the alleged debt. Unless you are the "HOLDER IN DUE COURSE" of the alleged original contract/note, I do not wish to have any contact with or from you, directly or indirectly, in the future. I demand that you terminate the UCC Financing statement that has been filed and cease and desist any further action regarding this matter. Continuing to do so, upon receipt of this letter and thereafter, will place TRANSWORLD SYSTEM INC in direct violation of Federal law,  pursuant to 15 USC Section 1692c(c), (e), & (g) et seq., and Title 18 USC 1512 (a), (b), (2), (3), and Section 1513 with fines of $250,000 or imprisonment not more than 10 years, or both.

In addition, take notice that, I am not waiving my right to dispute the alleged debt asserted herein, but at this time I am under no obligation to respond because of TRANSWORLD SYSTEM INC's violations of Federal law. I dispute the alleged debt in its entirety, until you answer the following pre-trial interrogatory questions.

---

[2] SEE; HEINTZ V. JENKINS 514 U.S. 291,2
[3] SEE *BLACK'S LAW DICTIONARY 4TH EDITION* "HOLDER IN DUE COURSE" DEFINITION

NOTICE OF CLAIM DISPUTE/REQUEST FOR VALIDATION AND CEASE AND DESIST

CERTIFIED MAIL# 7022 0410 0002 0668 2141      RETURN RECEIPT# 9590 9402 8315 3094 2464 49

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE (FRCP) RULE 17 AND 34, FAILURE TO RESPOND WITHIN THIRTY (30) DAYS TO EACH NUMBERED ITEM BELOW IS ESTOPPEL AND SANCTIONS[4] MAY BE IMPOSED FOR REFUSAL TO ANSWER QUESTIONS OF DISCOVERY.

You are in receipt of NOTICE under the authority of THE FAIR DEBT COLLECTIONS PRACTICES ACT, FAIR CREDIT REPORTING ACT, 15 USC 1692G and TRUTH IN LENDING ACT. Be advised that this is not a refusal to pay, but a notice sent pursuant to THE FAIR DEBT COLLECTION PRACTICES ACT, that your claim is disputed, and <u>validation</u> is requested, **NOT** "verification" or proof of my mailing address, but a request for VALIDATION of the alleged debt.

### PRE-TRIAL ADMISSIONS/INTERROGATORIES/DISCOVERY

1. Please furnish a notarized, certified copy of the original contract, <u>redacting all sensitive personal information including social security number to prevent identify theft</u>, and affirm that you are the HOLDER IN DUE COURSE of the alleged note/contract, for a judge's and my own inspection, should there be a trial to contest these matters.

2. Please produce the account and general ledger statement showing the full accounting of the alleged obligation that you are now attempting to collect.

3. Please identify, by name and address, all persons, corporations, associations, or any other parties having an interest in legal proceedings regarding the alleged debt.

4. Please provide:

    a. A copy of the certified and notarized contract made between TRANSWORLD SYSTEM INC and any of the previous alleged holder in due course of the alleged debt.;

---

[4]"Without adequate sanctions the procedure for discovery would often be ineffectual. Under Rule 37 [of the Federal Rules of Civil Procedure], any party or person who seeks to evade or thwart full and candid discovery incurs the risk of serious consequences which may invoke imprisonment for contempt of court, an order that designated facts be taken to be established, an order refusing the delinquent party the right to support or oppose designated claims or defenses, striking out pleadings or parts of pleadings, rendering judgment by default, dismissal of the action or a claim therein, or assessment of expenses and attorney 's fees. Sanctions are intended to prompt a party to respond." 8A Charles Alan Wright et al., Federal Practice and Procedures§ 2281, at 594-95 ( ed. 1994).

NOTICE OF CLAIM DISPUTE/REQUEST FOR VALIDATION AND CEASE AND DESIST

CERTIFIED MAIL# 7022 0410 0002 0668 2141       RETURN RECEIPT# 9590 9402 8315 3094 2464 49

      b.  A copy of the original contract and validation from the stated creditor, HEIGHTS OF KENNESAW, that you are under contract with them and are authorized to act for them to collect a debt. Also, forward a certified, notarized copy of the licenses and Bar Card Numbers of all Attorney's of the parties involved in this action, verifying that they can operate in the state of Georgia or Pennsylvania, and the contact information of your hazard/insurance bond holder to allow me to place a lien against those funds until a court hearing.

5.  Please verify that, as a debt collector, you have not purchased evidence of alleged debt and are proceeding with collection activity only in the name of the original contracting party.

6.  Please verify that you know and understand that certain clauses in a contract of adhesion, such as a so-called forum selection clause, are unenforceable unless the party to whom the contract is extended could have rejected the clause without impunity.

7.  Please verify that, if you fail to validate the alleged debt within thirty (30) days and continue your fraudulent actions pertaining to this alleged three thousand three hundred and eighteen dollar ($3,318.00) debt, you agree to pay to me, by check, the amount of nine thousand nine hundred and fifty four dollars ($9,954.00), thrice the amount of the alleged debt.

8.  Please affirm that you know and understand that contacting me and/or continuing to report this alleged debt on my credit report after receipt of this notice without providing procedurally proper validation of the alleged debt constitutes the use of interstate communications in a scheme of fraud by advancing a communication, that is now established to be false, with the intention that others rely on the written communication to the detriment of the name MIYANNA CARMIEN STAFFORD.

CERTIFIED MAIL# 7022 0410 0002 0668 2141        RETURN RECEIPT# 9590 9402 8315 3094 2464 49

The [FDCPA] gives you thirty (30) days to validate[5] the alleged debt. Should you refuse or fail to comply with the terms of this notice and choose to pursue this matter further, you will be doing so willfully and knowingly and a complaint will be filed and submitted to the appropriate STATE & FEDERAL BANKING REGULATORY AGENCIES, and suits petitioned for civil damages, along with a parallel criminal claim according to Title 18, in the appropriate UNITED STATES DISTRICT COURT. 18 USC 242 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States of America. "A national Bank cannot lend its credit to another by becoming surety, endorser, or guarantor for him, such an act being ultra vires" Merchant's Bank v. Baird F. 642.

It is not now, nor has it ever been my intention to avoid paying any obligation that I lawfully owe. In order for me to plan to pay an obligation which I may owe, please document and validate the alleged debt, under the penalty of perjury, by complying in good faith with this request for validation.

Any proceedings on this matter, including the re-sale of this alleged debt information for the purpose of collection by any other debt collector/company, that are taken without first timely responding to this letter will be deemed prima facie evidence of fraud, extortion, and racketeering against the party(s). Finally, take notice that silence is acquiescence and if there is no response to this correspondence, I will petition for a default judgement.

By:

Miyanna Carmien Stafford
The True Party of interest and Beneficial Owner of the
MIYANNA CARMIEN STAFFORD TRUST ESTATE

Date: 11/29/25

---

[5] See *Black's law dictionary Sixth Edition* page 1550; VALID; VALIDATE; VALIDATION; VALID CONTRACT; VALIDITY.

NOTICE OF CLAIM DISPUTE/REQUEST FOR VALIDATION AND CEASE AND DESIST

CERTIFIED MAIL# 7022 0410 0002 0668 2141          RETURN RECEIPT# 9590 9402 8315 3094 2464 49

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Transworld System Inc
500 Virginia Dr Ste 514
Fort Washington, PA 19034

9590 9402 8315 3094 2464 49

2. Article Number *(Transfer from service label)*

7022 0410 0002 0668 2141

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Jeffrey Giulian*

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* Jeffrey Giulian
Transworld Systems Inc

C. Date of Delivery
12/5

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No
Fort Washington, PA 19034

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# Exhibit C

CERTIFIED MAIL# 9589 0710 5270 1596 3742 37          RETURN RECEIPT# 9590 9402 8315 3094 2462 34

MIYANNA CARMIEN STAFFORD TRUST ESTATE
Miyanna Carmien Stafford
1155 Bluegrass Ct Ste 2
Alpharetta, Ga 30004
Staffordmya@gmail.com

TO:
TRANSWORLD SYSTEMS INC
500 Virginia Dr Ste 514
Fort Washington, PA 19034
(877) 865-7686

CC:
Corporation Service Company
160 Mine Lake Ct Ste 200
Raleigh, NC 27615

Re: ACCOUNT NUMBER: 5645809
ORIGINAL ACCOUNT: HEIGHTS OF KENNESAW

## NOTICE OF DEFAULT

This letter is the second correspondence in reference to your recent claim regarding the above-mentioned account, which you claim $3,318.00 is owed. By you not directly replying in a timely manner to my initial letter that you received on December 5th, 2025, (not your interim response to the open complaint with the Consumer Financial Protection Bureau, but a direct response to my dispute) you have not only violated federal and state laws, but you have also failed to provide me with a copy of any viable evidence, **bearing my signature,** showing the account is being reported accurately. Your investigation should have been conducted and concluded within the 30 days in accordance with the law, which requires you remove disputed unverified information from consumer reports. You are now in default and have parked this alleged debt unlawfully and willfully, as you MUST validate and send communication about a claim *before* you report it with any consumer reporting agency (violation of **12 CFR Part 1006 (Regulation F)**).

NOTICE OF DEFAULT

Page 1 of 3

CERTIFIED MAIL# 9589 0710 5270 1596 3742 37          RETURN RECEIPT# 9590 9402 8315 3094 2462 34

You have also reported my above-mentioned address to be reflected on my consumer file, which you never had permission to do. This exposure is a violation of my private information!

Failure on your behalf to provide a copy of any alleged contract or other instrument bearing my signature and all other information I have requested on 12/05/2025, along with sharing my private information and breaching your own Privacy Policy, are now grounds for my small claims action against your company and I will be seeking, at minimum, $1,000 in damages per violation.

I am now giving you 3 days opportunity to cure the damages I've incurred by your company thus far by removing this item from my consumer report, otherwise I will apply for a default judgement against your company for the damages. Be aware that I am making this final attempt to have you clear up this matter **immediately**, as you are affecting my quality of life. The listed item is entirely inaccurate and incomplete and represents a very serious error in your reporting.

I am maintaining record of my communications with you for the open complaint with the Consumer Financial Protection Bureau and the Attorney General's office, should you continue in your non-compliance of federal laws under the Fair Debt Collection Practices Act, the Fair Credit Reporting Act, and the corresponding local state laws.

If you have already removed

CC: Consumer Financial Protection Bureau
CC: Attorney General's Office
CC: Better Business Bureau

NOTICE OF DEFAULT
Page 2 of 3

CERTIFIED MAIL# 9589 0710 5270 1596 3742 37          RETURN RECEIPT# 9590 9402 8315 3094 2462 34

## ACKOWLEDGEMENT

I, _Kelly A Cross_____, a Notary Public for _Fulton_____ County and
Georgia State, do hereby certify that the above signer did personally appear before me.

Witness my hand and seal this _6ᵗʰ__ day of _January_____, 2026.

_____
Notary Public



KELLY A CROSS
Notary Public, Georgia
Fulton County
My Commission Expires
March 01, 2027

My Commission Expires _March 01 2027_

[Seal]

_____   _____

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

**(https://reg.usps.com/xsell?
app=U: psTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

✕

Your item was picked up at the post office at
11:12 am on January 12, 2026 in FORT
WASHINGTON, PA 19034.

_____

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

FORT WASHINGTON, PA 19034
January 12, 2026, 11:12 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?
(https://faq.usps.com/s/article/Where-is-my-
package)**

---

**Text & Email Updates**                                   ⌄

---

**USPS Tracking Plus®**                                     ⌄

---

**Product Information**                                     ⌄

---

**See Less** ⌃

**Track Another Package**

Enter tracking or barcode numbers

# Exhibit D

# Dispute status

All disputes (13)



Confirmation number: **6009517989**

**Submitted**
**01/07/2026**

**Under investigation**

**Completed**
**01/22/2026**

# Exhibit E



# Dispute & Request Summary

## Active Dispute or Update Requests

| Date Submitted | Estimated Completion | Status |
| --- | --- | --- |
| 01/09/2026 | 02/08/2026 | In Process |

## Previous Disputes & Requests

- If you recently submitted a dispute request on a non-TransUnion website, you may need to visit that site to view your results.
- If you requested your dispute from TransUnion via this site, or by phone or mail, and you don't see a clickable link below, then you will receive your results by mail.

| Date Submitted | Date Completed | Results |
| --- | --- | --- |

**We can't find any recently completed disputes on this site.**

**Exhibit F**



Prepared For

**Personal & Confidential**

**Date Generated** Jan 23, 2026
**Report Number** 3733-6637-76

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results



**TRANSWORLD SYSTEM INC/**

Account · 564580X

This item was removed from your credit report. Please review your report for the details.

You can contact TRANSWORLD SYSTEM INC/ at PO BOX 15095, WILMINGTON , DE 19850 or (877) 865-7686

Deleted

### After your dispute

This item was removed from your Credit Report.

### Before your dispute

#### Account Info

| | | | |
|---|---|---|---|
| Account Name | **TRANSWORLD SYSTEM INC/94** | Balance | **$3,318** |
| Account Number | **564580X** | Balance Updated | **12/23/2025** |
| Account Type | **Collection** | Recent Payment | **-** |
| Responsibility | **Signer with CHRISTINA ANDREWS** | Monthly Payment | **-** |
| | | Original Balance | **$3,318** |
| Date Opened | **07/02/2024** | Highest Balance | **-** |
| Status | **Collection account. $3,318 past due as of Dec 2025.** | Terms | **1 Month** |
| | | On Record Until | **Oct 2030** |
| Status Updated | **07/2024** | | |

#### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | – | – | – | – | – | – | – | – | – | – | C | C |

C   Collection

#### Payment history guide

Collection as of Dec 2025,Nov 2025

# Exhibit G

### 251504495 via TRANSUNION INTERACTIVE

Location
100 CROSS STREET 202
SAN LUIS OBISPO, CA 93401

Requested On
01/31/2026

Phone
(844) 580-6816

---

### TRANSWORLD SYSTEMS INC

Location
507 PRUDENTIAL RD
HORSHAM, PA 19044

Requested On
01/27/2026

Phone
(888) 446-4733

---

### MIYANNA STAFFORD via TUCI-KIKOFF

Location
100 CROSS STREETSUITE 101
SAN LUIS OBISPO, CA 93401

Requested On
01/07/2026, 11/19/2025, 09/17/2025, 08/18/2025, 07/10/2025

Phone
(844) 580-6816

---

### FACTACT FREE DISCLOSURE

Location
P O BOX 1000
CHESTER, PA 19016

Requested On
01/02/2026

Phone
(800) 888-4213

# Exhibit H



Transworld Systems Inc.
500 Virginia Drive | Suite 514 | Ft Washington, PA 19034
Phone: 877-282-1250 | Fax: 866-269-8669
Hours of Operation: M-F 8:00am-5:00pm ET

February 3, 2026

(Via CFPB Portal)
Miyanna Stafford

| Re: <u>Our Reference No.</u><br>**5645809-TSIM** | <u>Creditor</u><br>**HEIGHTS OF KENNESAW**<br>**1950 Barrett Lakes Blvd., Kennesaw, GA 30144**<br>**Account No.: 15332543** | <u>Balance Due</u><br>**$3,318.86** |
|---|---|---|

Dear Miyanna Stafford:

Transworld Systems Inc. (TSI) has received your complaint filed with the Consumer Financial Protection Bureau. TSI has researched this matter and the findings are set forth below:

TSI requested and has received validation information for your account. Enclosed is the validation information TSI received from the creditor that corresponds to the above-referenced account. Please direct further inquiries to John Yacovazzi at 866-472-9771.

TSI has contacted the credit bureaus with which it does business with its request to delete TSI's listing of the above-referenced account from your profile for the social security number listed in TSI's records. TSI cannot effect a change to how the creditor or any other company may have listed the above account on your credit profile.

We appreciate the opportunity to respond to your inquiry and provide you with the enclosed documentations.

Very truly yours,

TSI Consumer Affairs
Y:\Regulatory Complaints\2025\December 2025\12.05.2025\Stafford, Miyanna - CFPB\ Consumer – Forward val refer to manager CBR delete.odoc

Enclosures

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR.**

**CALLS TO AND FROM THIS COMPANY ARE RECORDED AND MAY BE MONITORED.**

**PAGE 1 OF 1**



## SUMMARY OF MOVE OUT CHARGES

| Residents: | M▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮ |
|---|---|
| Property: | Heights Of Kennesaw |
| Unit: | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Move-Out Date: | January 22, 2024 |

## STATEMENT (ACCOUNT #▮▮▮▮543)

| Charge | Amount |
|---|---|
| Valet Trash | $45.97 |
| Monthly Pet Fees & Charges | $18.39 |
| Rent | $3,565.52 |
| Water | $159.93 |
| Trash-Monthly | $33.53 |
| Submetered Electricity Billback | $85.90 |
| Gas | $1.67 |
| Other Utility Billing Fees | $15.00 |
| Late Charge | $392.76 |
| Eviction Fee/Attorney's Fee | $106.50 |
| **CHARGE TOTAL:** | **$4,425.17** |

## PAYMENTS

| Name | Date Paid | Description | Method | Amount |
|---|---|---|---|---|
| M▮▮▮▮▮▮ | 02/29/2024 | Payment Due | ▮▮▮▮▮▮▮▮▮ | $368.77 |
| M▮▮▮▮▮▮ | 02/29/2024 | Convenience Fee | ▮▮▮▮▮▮▮▮▮ | $18.68 |
| M▮▮▮▮▮▮ | 03/31/2024 | Payment Due | ▮▮▮▮▮▮▮▮▮ | $368.77 |
| M▮▮▮▮▮▮▮ | 03/31/2024 | Convenience Fee | ▮▮▮▮▮▮▮▮▮ | $18.68 |
| M▮▮▮ | 04/30/2024 | Payment Due | ▮▮▮▮▮▮▮▮▮ | $368.77 |
| M▮▮▮▮ | 04/30/2024 | Convenience Fee | ▮▮▮▮▮▮▮▮▮ | $18.68 |
| **PAYMENTS MADE:** | | | | **$1,162.35** |

| **CURRENT BALANCE DUE (07/02/24):** | **$3,318.86** |
|---|---|

# GEORGIA
**APARTMENT ASSOCIATION**

| **Apartment Rental Contract** |

**FORM VALID FOR GEORGIA APARTMENT ASSOCIATION MEMBERS ONLY**

This Apartment Rental Contract is a lease between the Owner of the Apartment Community and the Residents who are leasing the apartment. The General Provisions of the lease which follow the signatures at the bottom of this page and any separate addenda signed by the parties are incorporated into and become part of this lease. Paragraph numbers on this page correspond to paragraph numbers in the General Provisions.

**Lease Date:** D█████

**Management:** BH Management Services, Inc.

☐ Owner    ☒ Management Co. as agent for Owner

**Apartment Community Name:** Barrett Heights Apartment Homes, LLC

**Apartment No:** ████

**Apartment Address:** ███████████████████████████████████

**Residents/Tenants:** M████████████        C████████████

**Other Occupants of Apartment:**

**Par. 1.** Lease Term:    **13** Months and    **5** Days
Beginning Date: **12/27/2022**        Ending Date: **01/31/2024**

**Par. 3.** Rent Due Monthly:    $ **2090.00**
Pro Rated Rent Due at Lease Signing:    $ **337.10**
Dates of Prorated Rent:    **12/27/2022** to **12/31/2022**
Month to Month Fee:    $
Rent is Payable to: **Heights of Kennesaw**

**Par. 4.** Late Fees and Insufficient Funds Fees:
Date on Which Rent Is Late:    **4**
Amount of Late Fee:    $ _____ or    **10** % of Rent
Returned or Insufficient Check Fee: ☒ Service Fee of $ **50.00** or ☐ 5% of Amount of Check plus ☐ Bank Service Fee of
$ _____ (amount charged by bank to management for charge back)

**Par. 5.** Re-Key Lock Charge:    $ **50.00**
Non-refundable Lease Fee:    $ **0.00**
Security Deposit:    $ **0.00**
Bank Name: **CIBC Bank USA** _____ (Where Security Deposit Kept)

**Par. 6.** How Much Notice Required To Non-Renew Lease Prior To End of Initial Lease Term:    **60** Days
Renewal Period    ☒ Month to Month ( 1 month at a time) Renewal  ☐ Bi-Monthly (2 months at a time) Renewal
Notice Required to End Renewal Period:    ☒ 30 days to end Month to Month Renewal    ☐ 60 days to end Bi-Monthly Renewal

**Par. 7.** Early Termination Option: Amount of Notice Required for Electing Early Termination:    **60** Days Written Notice

**Par. 9.** Disclosure Notice of Owner or Managing Agent and Equal Housing Opportunity Policy
Name of Managing Agent or Owner: **BH Management LLC**
Address of Agent Authorized to
Manage Apartment Community: **400 Locust St #790 Des Moines, IA 50309**
Name of Owner or Registered Agent
Authorized to Receive Notices and Lawsuits: **Corporation Services Company**
Address of Owner or Registered Agent
Authorized to Receive Notices and Lawsuits: **2 Sun Court Ste 400 Peachtree Corners, GA 30092**
Corporate Name of GREC Licensee: **BH Management LLC 400 Locust St #790 Des Moines, IA 50309**
GREC Corporate License No.:

**Par. 17.** Flood Disclosure:    ☒ Not Applicable  ☐ Apartment has been flooded previously

**Par. 34.** Special Stipulations (see Page 9)

**Signatures of Parties:**

**Management:**

**BH Management**
_____
Name of Owner or Management Company

**By:** _____
Signature of Owner or Management Company

**As:** _____ (Title)

**Residents:**

**Resident:** M████████████
_____ (Resident Signature)

**Resident:** C████████████
_____ (Resident Signature)

**Resident:** _____
_____ (Resident Signature)

**Resident:** _____
_____ (Resident Signature)

**Resident:** _____
_____ (Resident Signature)

**Resident:** _____
_____ (Resident Signature)

# Exhibit I

# Collections

Report Date: Jan 16, 2026

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit scores.

If you find information in your credit report that you believe is incomplete or inaccurate, you can **file a dispute**.

## Date Reported:  Jan 09, 2026

| | | | |
|---|---|---|---|
| **Collection Agency** | TRANSWORLD SYSTEMS INC | **Balance Date** | Jan 09, 2026 |
| **Original Creditor Name** | HEIGHTS OF KENNESAW | **Account Designator Code** | MAKER |
| **Date Assigned** | Jul 02, 2024 | **Account Number** | #####09 |
| **Original Amount Owed** | $3,318 | **Creditor Classification** | RENTAL_OR_LEASING |
| **Amount** | $3,318 | **Last Payment Date** | |
| **Status Date** | Jan 09, 2026 | **Date of First Delinquency** | Jan 22, 2024 |
| **Status** | UNPAID | | |

**Comments**

CONSUMER DISPUTES – REINVESTIGATION IN PROGRESS

**Contact**

TRANSWORLD SYSTEMS INC
PO BOX 15095
WILMINGTON
DE
19850
(877) 865-7686



**Exhibit J**

NNNN

Sawnee EMC
P.O. Box 266
Cumming, GA 30040

9 0 AB 0.641          5 9
MIYANNA BUTKUS        C-1



ı|ı|ı|ıı|ııₒₒₒı|ıı|ıı|ıₒₒı|ıₒₒₒ|ıı|ıı|ı|ıı|ıₒₒı|ıı|ıₒₒ|ı|ı

## Your Credit Report and the Price You Pay for Credit

| | |
|---|---|
| What is a credit report? | A credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| How did we use your credit report? | We used information from your credit report to set the terms of the credit we are offering to you, such as the deposit amount required for your service. <br><br> The terms offered to you may be less favorable than the terms offered to consumers who have better credit histories. |
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. <br><br> If you find mistakes on your credit report, contact Equifax which is the consumer reporting agency from which we obtained your credit report. <br><br> It is a good idea to check your credit report to make sure the information it contains is accurate. |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a copy of your credit report without charge for 60 days after you receive this notice. To obtain your free report, contact one of the following: <br><br> **Equifax Information Services** <br> P.O. Box 740241 <br> Atlanta, GA 30374 <br> 1-866-349-5191 <br><br> **NCTUE Disclosure Report** <br> PO Box 105398 <br> Atlanta, GA 30348-5398 <br> 1-866-343-2821 <br><br> **Lexis Nexis** <br> RiskView Consumer Inquire Department <br> PO Box 105108 <br> Atlanta, GA 30348-5108 <br> 1-866-897-8126 |
| How can you get more information about credit reports? | For more information about credit reports and your rights under federal law, visit the Federal Reserve Board's web site at www.federalreserve.gov or the Federal Trade Commission's web site at www.ftc.gov. |

## Your Credit Score and Understanding Your Credit Score

| | |
|---|---|
| Your credit score | 863<br><br>Source: Equifax          Date Wed Dec 03 00:00:00 CST 2025 |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br>Your credit score can change, depending on how your credit history changes. |
| The range of scores | Scores range from a low of 1 to a high of 999. |
| Key factors that adversely affected your credit score | PERCENT OF ACCOUNTS SATISFACTORY<br>NUMBER OF COLLECTIONS<br>PERCENT OF ACCOUNTS OPENED RECENTLY<br>NO USABLE PUBLIC RECORD DATA<br>Number of inquiries was not a factor in determining the score returned. |



Created by kwalter - 12/03/2025 04:00:10 PM EST

## Accounts Receivable : MIYANNA BUTKUS, Cust#: ●●●7917

Provider Level [ Set Aside ] [ Retrieve (1) ▼ ]

| Account | Pri Service Address | AR Status ▲ | Current Bill Amt | Total Bill Amt | Total AR Past | Uncoll + Int Due | Sort |
|---------|---------------------|-------------|------------------|----------------|---------------|------------------|------|
| ●●●●7001 |  | 7 - Pending Connect | 54.40 | 54.40 | 0.00 | 0.00 | BUTK |
|  |  |  | 54.40 | 54.40 | 0.00 | 0.00 |  |

**Tabs:** Aging | Other | Provider | Invoke Group | Checks

### Aging

Consumer Class: Normal Monthly Billed Account
Agreement Status: 0 Active / 1 Total
Credit Rating: 0 - SUPERIOR    Account/Provider ▼

### Budget

| | | | |
|---|---|---|---|
| Amount Due: | 0.00 | Type: | |
| Past Due: | 0.00 | Catch-Up Month: | |
| Monthly Amt: | 0.00 | Create Date: | |

### Delinquent

DNP Locations:    0  Cons Months DQ:    0
        Cons Months 90 Bal:    0
DQ Action:    0 - Penalty, send DQ and cutoff

### AR Due

| Description | Date Billed | Amt | Due Date | Bill Print Date |
|-------------|-------------|-----|----------|-----------------|
| Total | | 54.40 | | |
| Current | | 54.40 | | |
| Total Past | | 0.00 | | |
| 30-Day | | 0.00 | | |
| 60-Day | | 0.00 | | |
| 90-Day | | 0.00 | | |

### Deposits

Service:    250.00
Meter:    0.00  Devices:    0.00

### Deferred Payment Agreements

Arrangements:    0.00  Assistance:    0.00

### Payment History

Last Payment Amount:    0.00
Source Module:    Batch:
Received This Month
Payments Not For Penalty:    0.00

### Electronic Funds Transfer

Funds Transfer Amt:

[ Related ▼ ]

```
                    Sawnee EMC
                    PO BOX 266
                  543 ATLANTA ROAD
                  CUMMING, GA  30028
                   (770)887-2363


Journal: 633003          Date: Dec 3, 2025
Set: O                   Time: 4:02:19

BUTKUS MIYANNA
Billing/Accts Recvable
  Provider: SEMC                           54.40
                                     -------------
              Total To-Be-Paid:            54.40
*** 2141 Visa Present:                     54.40
                                     -------------
                    Change Due:             0.00


352 5664 sgriffin 99 30


        Thank You & Have a Great Day!
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

| | | |
|---|---|---|
| Miyanna Butkus aka Miyanna Stafford | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | Civil Action No. **1:26-CV- 0816** |
| v. | ) ) ) | |
| Transworld Systems Inc | ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

        Transworld Systems Inc
        500 Virginia Dr Ste 514
        Fort Washington, PA 19034
        (877) 865-7686

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Miyanna Stafford
        1155 Bluegrass Ct Ste 2
        Alpharetta, Georgia 30004

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  **KEVIN P. WEIMER**
                                  _CLERK OF COURT_

Date:   **FEB 1 2 2026**                          _____
                                      _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*


                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc: